IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INDEMNITY INSURANCE COMPANY
OF NORTH AMERICA,

    Plaintiff,

  v.

UPS GROUND FREIGHT, INC. dba
UPS FREIGHT,

    Defendant.

No. C 13-01088 WHA

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

    Pursuant to Civil Local Rule 3-12(c), this order refers the above-captioned action to Judge Susan Illston to determine whether it is related to *Indemnity Insurance Company of North America v. UPS Ground Freight, Inc.*, No. 12-cv-6440-SI.

    **IT IS SO ORDERED.**

Dated: March 12, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE